IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEREK WEBB, ET AL.                                                                                   PLAINTIFFS

vs.                                                                          Civil Action No. 3:02-cv-1838 WS

MIKOHN GAMING CORP., ET AL.                                                              DEFENDANTS

### ORDER

On September 1, 2006, the court held a status conference with counsel for both parties present, in which it made the following determinations:

1) The above-styled and numbered matter is hereby set for trial Wednesday, January 3, 2007, at 9:00 a.m.

2) The pretrial conference in this matter is hereby scheduled for Friday, November 17, 2006, at 4:00 p.m.

**SO ORDERED AND ADJUDGED, this the 1st day of September, 2006.**

**s/ HENRY T. WINGATE**
_____
**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:02-cv-1838
Order