UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| DEREK WEBB *et al.*,<br><br>                             Plaintiffs,<br><br>   v.<br><br>MIKOHN GAMING CORPORATION, and PROGRESSIVE GAMES INC.,<br><br>                             Defendants. | Case No. 3:02-CV-1838-HTW-LRA |

# **FINAL JUDGMENT**

Pursuant to Rules 54 and 58, Fed. Rules Civ. Proc., and in accordance with the jury verdict of February 7, 2007, as set forth in the Special Verdict Form filed herein on February 8, 2007,

JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS Derek Webb, Hannah O'Donnell and Prime Table Games in the amount of $39,000,000.00, plus the costs of suit, including a reasonable attorney's fee, pursuant to Section 2 of the Sherman Act, 15 U.S.C. §2, and Section 4 of the Clayton Act, 15 U.S.C. §15.

The amount of such fees and costs shall be determined by separate motion pursuant to Fed. Rules Civ. Proc. 54(d)(2) and 58 (c).

This Final Judgment will bear interest in accordance with Federal law.

**SO ORDERED AND ADJUDGED, this the 21st day of February, 2007.**

                              **s/ HENRY T. WINGATE
                              CHIEF UNITED STATES DISTRICT JUDGE**