UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| DEREK WEBB, *et al*.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MIKOHN GAMING CORPORATION, *et al*.,<br><br>　　　　　　Defendants. | Civil Action No. 3:02-CV-1838-HTW-LRA |

**AGREED ORDER**

IT APPEARING TO THE COURT that plaintiffs Derek Webb, Prime Table Games, Prime Table Games LLC, and Hannah O'Donnell and defendants Progressive Gaming International Corporation, f/k/a Mikohn Gaming Corporation and Progressive Games, Inc. (collectively "Progressive") have reached a settlement in the above-captioned case; and

IT FURTHER APPEARING TO THE COURT that the parties are in agreement on the terms of this Agreed Order;

IT IS HEREBY ORDERED THAT:

　　　(1)　This case is dismissed with prejudice;

　　　(2)　All pending motions are denied as moot; and

　　　(3)　The parties will bear their own costs, except as may otherwise be separately agreed by the parties.

IT IS SO ORDERED.

Entered on this 31st day ofJanuary, 2008.

      s/ HENRY T. WINGATE
      CHIEF UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

/s/ Donna Brown Jacobs_____
**ATTORNEYS FOR DEFENDANTS**

Donna Brown Jacobs MB #8371
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 948-5711
Facsimile: (601) 949-4555

Of Counsel:

Michael J. Klisch
Lori Ploeger
COOLEY GODWARD LLP
777 6th Street, NW
Washington, DC  20001-2421
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

WE ASK FOR THIS:

/s/  Robert A. Rowan_____
**ATTORNEYS FOR PLAINTIFFS**

James W. Craig (MSB No. 7798)
PHELPS DUNBAR LLP
111 East Capitol Street, # 600
P.O. Box 23066
Jackson, MS  39225-3066
601-352-2300 (main)
601-360-9777 (facsimile)

Robert A. Rowan (MSB No. 43783)
Joseph S. Presta (MSB No. 43785)
Michael E. Crawford (MSB No. 43786)
NIXON & VANDERHYE P.C.
1100 N. Glebe Rd.
Arlington, VA  22201
703-816-4000 (main)
703-816-4100 (facsimile)


Civil Action No. 3:02-CV-1838-HTW-LRA


Jackson 2605903v.1