IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DEREK WEBB, ET AL.**      **PLAINTIFFS**

VS.      CIVIL ACTION NO. 3:02CV1838-HTW-LRA

**MIKOHN GAMING CORPORATION, ET AL.**      **DEFENDANTS**

_____

**SATISFACTION, CANCELLATION AND RELEASE OF JUDGMENT**
_____

NOTICE IS HEREBY GIVEN that the Judgment entered in favor of the Plaintiffs and against the Defendants in this cause, which was originally entered on February 21, 2007 by this Court [Docket Entry No. 211], has been satisfied in full. Plaintiffs hereby authorize and direct that the Clerk of Court mark said judgment satisfied, cancelled and released.

THIS the 22nd day of July, 2008.

                           Respectfully submitted,

                           PHELPS DUNBAR LLP

By:      S/James W. Craig
           James W. Craig (MB# 7798)
           Suite 600
           111 East Capitol Street
           P.O. Box 23066
           Jackson, MS 39225-3066
           Telephone: (601) 352-2300
           Facsimile: (601) 360-9777

           Robert A. Rowan, MB# 43783
           Joseph S. Presta, MB# 43785
           Michael E. Crawford, MB# 43786
           Nixon & Vanderhye P.C.
           1100 N. Glebe Rd.
           Arlington, VA 22201

           ATTORNEYS FOR PLAINTIFFS

# VERIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned James W. Craig hereby declares under penalty of perjury that he is duly authorized attorney-in-fact for plaintiffs Derek Webb, Hannah O'Donnell and Prime Table Games and that in said representative capacity he has executed this instrument after first having been duly authorized to do.

S/James W. Craig
James W. Craig
